

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00235-CR

JEFFREY BRIAN DENNIE                                                        APPELLANT

V.

THE STATE OF TEXAS                                                             STATE

-----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Withdraw Appellant's Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 16, 2012